# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN McGRATH | : |
| | : |
| v. | :  No. 3:14-cv-15 (JAM) |
| | : |
| EXECUTIVE DIRECTOR COURT | : |
| SUPPORT SERVICES | : |

## ORDER TO SHOW CAUSE

Upon the petition of John McGrath, signed October 13, 2013 and received by the Court on January 7, 2014, it is hereby:

**ORDERED** that the respondent file a response on or before **July 31, 2015** why the relief prayed for in the petition for writ of habeas corpus should not be granted, and it is

**ORDERED** that the Clerk serve this petition by delivering a copy of this order and a copy of the petition and all attachments to respondent's representative, Jo Anne Sulik, Supervisory Assistant State's Attorney, Office of the Chief State's Attorney, on or before **June 30, 2015**.

It is so ordered.

Dated at Bridgeport this 22nd day of June 2015.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge